FILED
2016 Aug-08 PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MICHAEL LEON DORSETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:15-cv-02177-LSC-SGC |
| ) | |
| SHELLY SILLS, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This is a petition for writ of habeas corpus filed by Michael Leon Dorsett pursuant to 28 U.S.C. § 2254. On June 30, 2016, the magistrate judge entered a report recommending this matter be dismissed as unexhausted. (Doc. 3). The time to file objections has expired, and Petitioner has not objected.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. Accordingly, the court finds the petition is due to be dismissed as unexhausted and a certificate of appealability is due to be denied.

A separate order will be entered.

**DONE** AND **ORDERED** ON AUGUST 8, 2016.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704